

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

Nos. 04-18-00478-CR & 04-18-00479-CR

The **STATE** of Texas,
Appellant

v.

Miguel **MELENDEZ**,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court Nos. 6467 & 6468
Honorable Bill Palmer, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order of dismissal is AFFIRMED.

SIGNED August 14, 2019.

_____
Luz Elena D. Chapa, Justice